Dismissed and Memorandum Opinion filed March 26, 2009








Dismissed
and Memorandum Opinion filed March 26, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00095-CV

____________

 

WAYNE ERNEST BARKER,
Appellant

 

V.

 

THERESA CHANG, ET AL,
Appellees

 



 

On Appeal from the
295th District Court

Harris County, Texas

Trial Court Cause No.
2008-14490

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed April
14, 2008.  No motion for new trial was filed.  Appellant=s notice of appeal
was filed January 12, 2009.

The notice of appeal must be filed within thirty days after
the judgment is signed when appellant has not filed a timely motion for new
trial, motion to modify the judgment, motion to reinstate, or request for
findings of fact and conclusion of law.  See Tex. R. App. P. 26.1








Appellant=s notice of appeal was not filed timely. A
motion for extension of time is necessarily implied when an appellant, acting
in good faith, files a notice of appeal beyond the time allowed by  Rule 26.1,
but within the fifteen-day grace period provided by Rule 26.3 for filing a
motion for extension of time.  See Verburgt v. Dorner, 959 S.W.2d 615,
617-18 (Tex. 1997) (construing the predecessor to Rule 26).  However, the
appellant must offer a reasonable explanation for failing to file the notice of
appeal in a timely manner.  See Tex.
R. App. P. 26.3, 10.5(b)(1)(C); Verburgt, 959 S.W.2d at 617-18. 
Appellant=s notice of appeal was not filed within the
fifteen-day period provided by Rule 26.3.

On March 4, 2009, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of
jurisdiction.  See Tex. R. App.
P. 42.3(a).  Appellant=s response fails to demonstrate that this
Court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Panel consists of Justices Frost,
Brown, and Boyce.